IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| JENNIFER R. BARTON, as the Personal Representative of the Estate of Colin James Barton, deceased, and on behalf of the Heirs of Colin Barton, individually, and on behalf of her minor children, J.B. and P.B.,<br><br>        Plaintiff,<br><br>vs.<br><br>ARROW STRIPING & MANUFACTURING, INC., SKIP-LINE, LLC, formerly known as Skip-Line, Inc. formerly known as Skip-Line Electronics, Inc.,<br><br>        Defendants. | CV 20-60-BLG-SPW-TJC<br><br>**ORDER** |

      Plaintiff has filed and Unopposed Motion to Remand. (Doc. 13.) Good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED. This case is hereby remanded to the Montana Thirteenth Judicial District Court, Yellowstone County.

      IT IS ORDERED.

      DATED this 19th day of May, 2020.

                                          _____
                                          TIMOTHY J. CAVAN
                                          United States Magistrate Judge